No. 05–5596. DOVE v. BOYETTE, CORRECTIONAL ADMINISTRATOR I, NASH CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 05–5597. DOWNES v. CARROLL, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5602. ADAWAY v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 05–5607. BURKETT v. TEXAS. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 05–5610. BRADFORD v. AYERS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5613. MELENDEZ v. McGRATH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–5616. SUMBRY v. DAVIS, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 3d Cir. Certiorari denied.

No. 05–5620. VALCHAR v. TEXAS BOARD OF PARDONS AND PAROLES. C. A. 5th Cir. Certiorari denied.

No. 05–5621. TOUSSAINT v. KLEM, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT MAHANOY, ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–5629. DAVIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5632. BURDETTE v. RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 05–5633. BILBREY v. DOUGLAS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–5639. HARRISON v. KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 05–5640. FIGUEROA, AKA RODRIGUEZ v. ZON, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.